IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TABEUS ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:22cv337-MHT |
| ) | (WO) |
| C.O. THORTON, ) | |
| ) | |
| Defendant. ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate at the Chilton County Jail, filed this lawsuit asserting that the defendant correctional officer discriminated against him on the basis of race, used excessive force against him, and endangered his safety. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of April, 2023.

                                      /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**